446 A.2d 670

Commonwealth v. Lantzy, Appellant.
Petition for Allowance of Appeal Denied Sept. 13, 1982.

 Argued October 26, 1981. John Lantzy, submitted a brief on behalf of appellant, in propria persona; William G. Martin, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and JOHNSON, JJ.

Order Affirmed: